DOROTHY BARRELL, Appellant, et al., Plaintiff, *v.* LAMMERTS, INC., et al., Respondents.

Argued October 12, 1955; decided November 23, 1955.

*James A. Hughes* and *Joseph Speranza* for appellant.
*Wallace H. Miller* and *James R. Ulsh* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.